IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RUBEN ALVAREZ,<br><br>      Plaintiff,<br><br>v.<br><br>STRUCTURAL PRESERVATION SYSTEMS, LLC,<br><br>      Defendant. | Case No. 1:15-cv-07292<br><br>Honorable Robert A. Guzman |

## STIPULATION OF DISMISSAL WITH PREJUDICE WITHOUT COSTS OR FEES

IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiff Ruben Alvarez, by his attorney Terry W. Heady, and Defendant Structural Preservation Systems, LLC, by its attorneys, Michael Best & Friedrich LLP, that this action, and all claims and counterclaims herein, is hereby dismissed pursuant to Fed. R. Civ. P. 41(a)(1) with prejudice and without attorneys' fees or costs to either party.

Dated this 28 day of September, 2015.

**STIPULATED AND AGREED TO BY THE PARTIES:**

MICHAEL BEST & FRIEDRICH LLP
Attorneys for Defendant

By: _____
Katherine L. Goyert
Daniel A. Kaufman
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601
Telephone: 312-222-0800
Fax: 312-222-0818
E-mail: klgoyert@michaelbest.com

TERRY W. HEADY
Attorney for Plaintiff

By: _____
Terry W. Heady, Heady Law Office,
54 West Downer Place, Suite 106
Aurora, IL 60506
Terry@headylaw.com